USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In re GLOBAL CROSSING, LTD.
SECURITIES LITIGATION

MASTER FILE NO.
02 Civ. 0910 (GEL)

JAMES H. HESSELMAN, et al.

02 Civ. 10199 (GEL)

Plaintiffs,

v.

**STIPULATION
OF DISMISSAL**

ARTHUR ANDERSEN LLP, et al.,

Defendants.

---------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their respective counsel, that the above-captioned action is dismissed in its entirety as against Arthur Andersen LLP, with prejudice and with each party to bear its own costs. This stipulation may be executed and filed in counterparts, with each such counterpart constituting an original.

4142443v2

Dated: January 16, 2008

BARNHILL & VAYNEROV LLP

By: /s/ Maxim Vaynerov
Maxim Vaynerov
Barnhill & Vaynerov LLP
11620 Wilshire Blvd.
Suite 400
Los Angeles, CA 90025

*Counsel for Plaintiffs*


CURTIS, MALLET-PREVOST, COLT &
MOSLE LLP

By: /s/ Jacques Semmelman
Eliot Lauer (EL 5590)
Jacques Semmelman (JS 5020)
Ellen Tobin (ET 1109)
101 Park Avenue
New York, New York 10178
(212) 696-6000

*Attorneys for Arthur Andersen LLP*


SO ORDERED:

~~January~~ February 8, 2008

/s/ Gerard E. Lynch
HONORABLE GERARD E. LYNCH
UNITED STATES DISTRICT JUDGE