# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
:
In re GLOBAL CROSSING, LTD.         :    02 CIV 910 (GEL)
SECURITIES LITIGATION               :
:
:
---------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-29-13

## [PROPOSED] ORDER APPROVING LEAD PLAINTIFFS' MOTION TO AMEND THIS COURT'S ORDER APPROVING LEAD PLAINTIFFS' MOTION TO CONDUCT INITIAL DISTRIBUTION OF THE NET SETTLEMENT FUND

Lead Plaintiff, by motion filed on July 8, 2013, moved this Court to amend its June 4, 2008 Order for the distribution of the Net Settlement Fund, and the Court, having considered all the materials and arguments submitted in support of such motion, including the Declaration Of Stephen J. Cirami In Support Of Approval Of Third Distribution ("Cirami Declaration") and the attached Exhibit, submitted therewith;

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. This Order incorporates by reference the definitions in the Stipulations of Settlement of the five partial settlements and all terms used herein shall have the same meanings as set forth in the Stipulations of Settlements.

2. This Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including all Class Members.

3. Lead Plaintiffs' Motion Amend This Court's Order Approving Lead Plaintiffs' Motion to Distribute the Net Settlement Fund is granted.

4. A Third Distribution of The Net Settlement Funds shall be made to Authorized Claimants, as set forth in paragraph 9 in the Cirami Declaration.

5. Garden City be paid the sum of $39,768.70 from the Settlement Funds, the balance of its fees and expenses incurred in connection with giving notice to the Class, processing the Proofs of Claim, and making the Third Distribution of the Net Settlement Fund to the Authorized Claimants.

6. The balance of the Net Settlement Fund after deducting the payments previously allowed and set forth herein shall be distributed to the Authorized Claimants who cashed their Initial Distribution checks and their Second Distribution checks and who would receive at least $10.00 from such redistribution.

7. The checks for distribution to the Authorized Claimants shall bear the notation "CASH PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION IF NOT CASHED BY 60 DAYS FOLLOWING ISSUE." Lead Counsel and Garden City are authorized to take appropriate action to locate and/or contact any Authorized Claimant who has not cashed his, her or its check within said time.

8. If any portion of the Net Settlement Fund remains in the Net Settlement Fund by reason of return mail, uncashed checks or otherwise, then 90 days after the Third Distribution GCG shall be directed to liquidate any remaining Settlement Shares and directed to donate all Unclaimed Settlement Cash in equal parts to the following charity: the American Heart Association.

9. The Court finds that the administration of the Settlements and the proposed distribution of the Net Settlement Fund comply with the terms of the Stipulation and the Plan of Allocation and that all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted herein, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund are released and

discharged from any and all claims arising out of such involvement, and all Class members, whether or not they are to receive payment from the Net Settlement Fund are barred from making any further claims against the Net Settlement Fund or the Released Parties beyond the amount allocated to them pursuant to this Order.

10. The Claims Administrator is hereby authorized to discard paper or hard copies of Proofs of Claim forms and supporting documents not less than one year after the Third Distribution of the Net Settlement Fund to the eligible claimants and electronic or magnetic media data not less than three years after the Third Distribution of the Net Settlement Fund to the eligible claimants.

11. This Court retain jurisdiction over any further application or matter which may arise in connection with this action.

IT IS SO ORDERED this 28th day of August, 2013.

*Loretta A. Preska*
THE HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
CHIEF U.S. DISTRICT JUDGE